# The Nature of the Compliant

10-432-KD-M

Is that my non-Profit Info has been take for Personal gain.

1. Such as this (A) my Copyright Certificate.
2. My Computer has been Hacked.
3. Mail has been tample with. I had to get my Mail sent to a Postal Mail Box
4. My Social Security number has a Security lock at All Credit Bearu.

~~There Persons to Hacking A~~

5. The United Postal Marshall has a Security Flag on my Mail.

All of this is due to this Person. I feel Like I've been Raped. I come back to mobile to live and to take care of my Sister who had Cancer. I lost her in 06 this however feel ever worse then losing A Love.

I didn't want fellow this up but something has to be done about this.

The Last thing is I am a Evangelist. With a non-profit Organization the has Hacked in my Computer And taken Info About my ministry to get Government Grants.