# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CARLA R. VARNER, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0432-KD-M |
| ANGELA WORNSLEY, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 14, 2011, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **30th** day of **March 2011.**

>       **/s/ Kristi K. DuBose**
>       **KRISTI K. DuBOSE**
>       **UNITED STATES DISTRICT JUDGE**

---

[1] The record reveals that the Clerk of Court mailed a copy of the Report & Recommendation to the *pro se* plaintiff's address of record. This mailing was returned as undeliverable. (Doc. 5).